JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARMIN SADARI MASIHI,

             Petitioner,

    v.

FERETI SEMAIA, et al.,

             Respondents.

Case No. 5:26-cv-01943-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Claims One, Two, and Four.

The remaining claim for relief is dismissed without prejudice.

DATED: May 1, 2026

_Patricia Donahue_

Patricia Donahue
United States Magistrate Judge